United States Bankruptcy Court
District of Maryland

In re:                                                         Case No. 19-15092-MMH
Simon T. Tusha                                                 Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-1          User: jmanderso          Page 1 of 2          Date Rcvd: Apr 16, 2019
                              Form ID: 309A            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2019.
db           +Simon T. Tusha,   1122 Walters Mill Road,   Forest Hill, MD 21050-1416
31022808     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
              (address filed with court: American Honda Finance,   201 Little Falls Dr,
              Wilmington, DE 19808)
31022816     +Comptroller of the Treasury,   Compliance Division, Room 409,   301 W. Preston Street,
              Baltimore, MD 21201-2305
31022820     #+Gretchen Jo Aurand,   1209 Hopkins Terrace, Apt. 406,   Bel Air, MD 21014-4478
31022821     #+Gretchen Joe Aurand,   1209 Hopkins Terrace, Apt. 406,   Bel Air, MD 21014-4478
31023335     +Harford County, Maryland,   Department of Law,   220 South Main Street,
              Bel Air, MD 21014-3820
31022823     +Kundra & Associates, P.C.,   110 North Washington Street, Suite 406,   Rockville, MD 20850-2263
31022826     +Lyons, Doughty & Veldhuis, P.C.,   Two Owings Mills Corp Center,
              10461 Mill Run Circle, Suite 825,   Owings Mills, MD 21117-5549
31022829     +Navient,   Attn: Bankruptcy,   PoBox 9000,   Wiles-Barr, PA 18773-9000
31022830     +PEROUTKA MILLER KLIMA AND PETERS,   8028 RITCHIE HIGHWAY, Suite 300,   Pasadena, MD 21122-1360
31022834     +The Law Offices of Ronald S. Canter, LLC,   200 A Monroe Street, Suite 104,
              Rockville, MD 20850-4424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: eric@steinerlawgroup.com Apr 16 2019 20:47:41     Eric Steiner,
              Steiner Law Group, LLC,   115 Sudbrook Lane,   Suite 206,   Baltimore, MD  21208
tr            EDI: BZGUTTMAN.COM Apr 17 2019 00:33:00     Zvi Guttman,
              c/o The Law Offices of Zvi Guttman, P.A.,   P. O. Box 32308,   Baltimore, MD  21282-2308
31022809     +EDI: AMEREXPR.COM Apr 17 2019 00:33:00     Amex,   Correspondence/Bankruptcy,   Po Box 981540,
              El Paso, TX 79998-1540
31022810     +EDI: CAPITALONE.COM Apr 17 2019 00:33:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
              Salt Lake City, UT 84130-0285
31022811     +EDI: CAPITALONE.COM Apr 17 2019 00:33:00     Capital One Bank, NA,   4851 Cox Road,
              Glen Allen, VA 23060-6293
31022812     +EDI: CHASE.COM Apr 17 2019 00:33:00     Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,
              Wilmington, DE 19850-5298
31022813     +EDI: CHRYSLER.COM Apr 17 2019 00:33:00     Chrysler Financial/TD Auto,   Po Box 9223,
              Farmington Hills, MI 48333-9223
31022814     +EDI: CHRYSLER.COM Apr 17 2019 00:33:00     Chrysler Financial/TD Auto,   Attn: Bankruptcy,
              Po Box 9223,   Farmington Hills, MI 48333-9223
31022815     +EDI: CITICORP.COM Apr 17 2019 00:33:00     Citicards Cbna,   Citi Bank,   Po Box 6077,
              Sioux Falls, SD 57117-6077
31022817     +EDI: RCSFNBMARIN.COM Apr 17 2019 00:33:00     Credit One Bank,   Attn: Bankruptcy Department,
              Po Box 98873,   Las Vegas, NV 89193-8873
31022818      EDI: DISCOVER.COM Apr 17 2019 00:33:00     Discover Financial,   Attn: Bankruptcy Department,
              Po Box 15316,   Wilmington, DE 19850
31022819     +EDI: FORD.COM Apr 17 2019 00:33:00     Ford Motor Credit Company, LLC,   1335 S. CLEARVIEW AVE,
              Mesa, AZ 85209-3376
31022822     +EDI: IRS.COM Apr 17 2019 00:33:00     Internal Revenue Service,
              Centralized Insolvency Operation,   Post Office Box 7346,   Philadelphia, PA 19101-7346
31022825     +EDI: RESURGENT.COM Apr 17 2019 00:33:00     LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,
              Po Box 10497,   Greenville, SC 29603-0497
31022824     +EDI: FORD.COM Apr 17 2019 00:33:00     Lincoln Automotive Financial Service,   Attn: Bankruptcy,
              Po Box 542000,   Omaha, NE 68154-8000
31022827      E-mail/Text: camanagement@mtb.com Apr 16 2019 20:48:17     M&T Credit Services,
              Attn: Bankruptcy,   Po Box 1288,   Buffalo, NY 14240
31022828     +EDI: DAIMLER.COM Apr 17 2019 00:33:00     Mercedes-Benz Financial Services,   Po Box 685,
              Roanoke, TX 76262-0685
31022831     +EDI: SWCR.COM Apr 17 2019 00:33:00     Southwest Credit Systems,   4120 International Pkwy,
              Carrollton, TX 75007-1958
31023336     +E-mail/Text: UIBankruptcyNotices.DLLR@maryland.gov Apr 16 2019 20:49:30
              State of Maryland DLLR,   Division of Unemployment Insurance,   1100 N. Eutaw Street, Room 401,
              Baltimore, MD 21201-2225
31022832     +EDI: RMSC.COM Apr 17 2019 00:33:00     Syncb/sunglass Hut,   Attn: Bankruptcy,   Po Box 965060,
              Orlando, FL 32896-5060
31022833     +EDI: RMSC.COM Apr 17 2019 00:33:00     Synchrony Bank/PayPal Cr,   Attn: Bankruptcy Dept,
              Po Box 965060,   Orlando, FL 32896-5060
31022835     +E-mail/Text: vci.bkcy@vwcredit.com Apr 16 2019 20:48:39     Volkswagen Credit, Inc,
              Attn: Bankruptcy,   Po Box 3,   Hillboro, OR 97123-0003
                                                                               TOTAL: 22

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
31023337*    +Comptroller of the Treasury,   Compliance Division, Room 409,   301 W. Preston Street,
              Baltimore, MD 21201-2305
                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2019 at the address(es) listed below:
              Eric  Steiner    eric@steinerlawgroup.com,  steinerer82180@notify.bestcase.com
              Zvi  Guttman    zguttman@gmail.com,  zviguttman@outlook.com,MD55@ecfcbis.com
                                                                                    TOTAL: 2

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Simon T. Tusha** | Social Security number or ITIN  **xxx–xx–0199** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **District of Maryland** | | Date case filed for chapter  **7   4/15/19** |
| Case number:  **19–15092 MMH    Chapter:  7** | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov and click on Filing Without An Attorney for additional resources and information.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Simon T. Tusha | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 1122 Walters Mill Road Forest Hill, MD 21050 | | |
| 4. | **Debtor's attorney** Name and address | Eric Steiner Steiner Law Group, LLC 115 Sudbrook Lane Suite 206 Baltimore, MD 21208 | | Contact phone 4106707060 Email:  eric@steinerlawgroup.com |
| 5. | **Bankruptcy trustee** Name and address | Zvi Guttman c/o The Law Offices of Zvi Guttman, P.A. P. O. Box 32308 Baltimore, MD 21282–2308 | | Contact phone (410) 580–0500 Email:  zvi@zviguttman.com |

**For more information, see page 2 >**

Debtor **Simon T. Tusha**                                                                                            Case number **19–15092**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office** | Baltimore Division | Hours open: |
| | 101 West Lombard Street, Ste. 8530 | 8:45 – 4:00 PM |
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Baltimore, MD 21201 | Contact phone (410) 962–2688 |
| | Clerk of the Bankruptcy Court: | |
| | Mark A. Neal | Date: 4/16/19 |

| | | |
|---|---|---|
| **7.** **Meeting of creditors** | **May 14, 2019 at 12:00 PM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **101 W. Lombard Street, Garmatz Courthouse, 2nd Fl., #2650, Baltimore, MD 21201** |

| | |
|---|---|
| **8.** **Presumption of abuse** | The presumption of abuse does not arise. |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| | | |
|---|---|---|
| **9.** **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 7/15/19** |
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | | |
| | **You must file a complaint:** | |
| | • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or | |
| | • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | |
| | **You must file a motion:** | |
| | • if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:** | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | |

| | |
|---|---|
| **10. Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| Please do not file a proof of claim unless you receive a notice to do so. | |

| | |
|---|---|
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

| | |
|---|---|
| **13. Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court –– additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non–debtors) can register at ebn.uscourts.gov. |