Entered: July 16, 2019
Signed: July 16, 2019

**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:   19−15092 − MMH    Chapter:   7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Simon T. Tusha
*debtor has no known aliases*
1122 Walters Mill Road
Forest Hill, MD 21050

Social Security No.:   xxx−xx−0199

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 4/15/19.

The estate of the above−named debtor has been fully administered.

ORDERED, that Zvi Guttman is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec −** *jmanderson*